AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

UNITED STATES OF AMERICA

vs.

TIMOTHY C. McKEAGE,
  et al.,

Defendants.

_____/

**WARRANT FOR ARREST**

Case Number: 05-80167-CR-RYSKAMP/HOPKINS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TIMOTHY C. McKEAGE__
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation  [ ] Supervised Release Violation  [ ] Violation Notice

charging him or her with  (brief description of offense)

Conspiracy to commit computer fraud, computer fraud and aggravated identity theft,

in violation of __18__ United States Code, Sections __371, 1030(a)(4), and 1028A.__

Clarence Maddox                                        Court Administrator/Clerk of Court
Name of Issuing Officer                                Title of Issuing Officer

[signature]                                            09/15/05
Signature of Issuing Officer                           Miami, Florida
                                                       Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __Timothy C. McKeage__

__$100,000 Corp. Surety__

By: _____
ANITA J. GAY
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: 28 Elm Street, Blackstone, MA 01504-1344

What Facility:

Agent(s): Secret Service S/A Brian Russell

(954) 448-0010