UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80167-CR-RYSKAMP

UNITED STATES OF AMERICA

vs.

TIMOTHY C. McKEAGE,

       Defendant.
_____/

**MOTION BY THE UNITED STATES FOR**
**DOWNWARD DEPARTURE UNDER SENTENCING GUIDELINES SECTION 5K1.1**

      The United States of America, through the undersigned Assistant United States Attorney, hereby moves this Honorable Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, to sentence the defendant Timothy C. McKeage below his guideline range based upon his substantial assistance in the prosecution of another person who has committed an offense. The basis of this motion will be articulated in further detail at the sentencing hearing.

                                        Respectfully submitted,

                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY

By: _____
     DAVID FRANK
     Assistant United States Attorney
     Court ID No. A5500486
     99 N.E. 4th Street, Suite 400
     Miami, Florida 3313
     Tel: (305) 961-9147
     Fax: (305) 530-6168
     E-mail: David.Frank@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ David Frank
        Assistant United States Attorney