UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80167-CR-RYSKAMP

UNITED STATES OF AMERICA

vs.

TIMOTHY C. McKEAGE,

      Defendant.
_____/

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE UNDER SENTENCING GUIDELINES SECTION 5K1.1**

      The United States of America, through the undersigned Assistant United States Attorney, hereby moves this Honorable Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, to sentence the defendant Timothy C. McKeage below his guideline range based upon his substantial assistance in the prosecution of another person who has committed an offense. The basis of this motion will be articulated in further detail at the sentencing hearing.

      Respectfully submitted,

      R. ALEXANDER ACOSTA
      UNITED STATES ATTORNEY

      By:    s/David Frank
           DAVID FRANK
           Assistant United States Attorney
           Court ID No. A5500486
           99 N.E. 4th Street, Suite 400
           Miami, Florida 3313
           Tel: (305) 961-9147
           Fax: (305) 530-6168
           E-mail: David.Frank@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ David Frank
Assistant United States Attorney